COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-084-CV

MANUEL BORREGO APPELLANT

V.

THE CITY OF WICHITA FALLS, TEXAS, APPELLEE

A MUNICIPAL CORPORATION, A MUNICIPALITY 

AND A LOCAL GOVERNMENTAL ENTITY 

----------

FROM THE 78
TH
 DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Agreed Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL B: CAYCE, C.J.; HOLMAN, J.; and DAVID RICHARDS, J.

(Sitting by Assignment).

[DELIVERED FEBRUARY 6, 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.